UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

SEAN CERTEZA,
*Prisoner Identification Number 411-799*,

    Plaintiff,

v.

DR. ASHOK KRISHNASWAMY,

    Defendant.

Civil Action No. TDC-18-1791

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

This Court has been advised by the parties that the above action has been settled as to claims against Defendant Dr. Ashok Krishnaswamy, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

All claims against Defendant Ashok Krishnaswamy are hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within **45 days** to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

The Clerk shall close this case.

Date: March 25, 2024



THEODORE D. CHUANG
United States District Judge